UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEN VENTURA,

      Plaintiff,

                                               Case No. 1:26-cv-1461

v.

                                               HONORABLE PAUL L. MALONEY

FRAN VELLA-MARRONE, et al.,

      Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  June 17, 2026

                                         /s/  Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge